1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10   CARLOS VALLADARES,            )   CASE NO. CV 07-0441-R (PJW)
                                   )
11            Plaintiff,           )
                                   )   ORDER ACCEPTING REPORT AND
12            v.                   )   ADOPTING FINDINGS, CONCLUSIONS,
                                   )   AND RECOMMENDATIONS OF UNITED
13   SUSAN HUBBARD, et al.,        )   STATES MAGISTRATE JUDGE
                                   )
14            Defendants.          )
                                   )
15   ──────────────────────────────)

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17   Complaint, the records on file, and the Report and Recommendation of

18   United States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21

22        DATED:      July 27, 2009   .

23

24

25                              _____

26                              MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE

27

28   C:\Temp\notesFFF692\~7947333.wpd