UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS VALLADARES, | ) | CASE NO. WD CV 07-0441-R (PJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED |
| SUSAN HUBBARD, et al., | ) ) | STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

  DATED:   Sept. 21, 2011  .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE