UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS VALLADARES, | ) | Case No.  WD CV 07-0441-R (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| SUSAN HUBBARD, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   <u>Sept. 21, 2011</u>.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE